No. 88, Orig. CALIFORNIA *v.* TEXAS ET AL. Motion of plaintiff for issuance of a preliminary injunction granted. Comments by counsel for the defendants concerning the form of the proposed order submitted by the plaintiff are to be filed with the Court and served upon opposing counsel and the Special Master on or before December 8, 1982. [For earlier order herein, see, *e. g., ante,* p. 963.]